IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PREFERRED POPCORN, LLC, | |
| Plaintiff, | 4:16-CV-3194 |
| vs. | |
| CHRISTINE WILLIAMS, | JUDGMENT |
| Defendant. | |

In accordance with the accompanying Order, judgment is hereby entered.

Dated this 17th day of March, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge